IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED NUCLEAR CORPORATION,
a Delaware corporation,

    Plaintiff,

vs.

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON, British insurers; WORLD
AUXILIARY INSURANCE COMPANY LIMITED,
a British corporation; ASSICURAZIONI GENERALI
S.P.A, an Italian corporation; THE
EDINBURGH ASSURANCE COMPANY LIMITED,
a British corporation, and RESOLUTE
MANAGEMENT, INC., a Delaware corporation,

    Defendants.

Civil No. 1:15-CV-00137-MV-SCY

United States District Judge
Martha A. Vazquez

Magistrate Judge
Steven C. Yarbrough

### ORDER STAYING
### BRIEFING ON DEFENDANTS' MOTION TO DISMISS AND
### MOTION TO CONFIRM BOND IS NOT DUE
### PENDING COURT'S RULING ON PLAINTIFF'S MOTION FOR REMAND

Plaintiff's Unopposed Motion to Stay Briefing on Defendants' Motion to Dismiss and Motion to Confirm No Bond is Due pursuant to F.R.Civ.P. 7.1(b) and D.N.M.LR-Civ. 7.2, having come before the Court, the Court FINDS the motion is well taken and is hereby GRANTED.

    IT IS THEREFORE ORDERDED:

The briefing on Defendants' Motion to Dismiss and Motion to Confirm No Bond is Due is stayed until the Court issues its ruling on Plaintiff's pending Motion to Remand, and Plaintiff's deadline to respond is enlarged to fifteen (15) days from the date of the Court's ruling on Plaintiffs' Motion to Remand.

IT IS SO ORDERED:

/s/ Steven C. Yarbrough
STEVEN C. YARBROUGH,
UNITED STATES MAGISTRATE JUDGE


SUBMITTED BY:


Jon J. Indall
Stephen J. Lauer
COMEAU, MALDEGEN, TEMPLEMAN
& INDALL, LLP
Post Office Box 669
Santa Fe, NM  87504-0669
(505) 982-4611

Brook B. Roberts
John M. Wilson
Drew T. Gardiner
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130-2071
(858) 523-5400

*Attorneys for Plaintiff, United Nuclear Corporation*